**Dismissed and Memorandum Opinion filed April 30, 2024**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

## NO. 14-23-00973-CR

**JOHNATHAN ROBERT COFFEE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 232nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1682596**

## MEMORANDUM OPINION

Appellant entered a plea of guilty to the charge of murder. *See* Tex. Penal Code § 19.02. Appellant and the State agreed that appellant's punishment would not exceed confinement in prison for more than forty-five years. In accordance with the terms of this plea bargain agreement with the State, the trial court sentenced appellant to confinement for forty years in the Institutional Division of the Texas Department of Criminal Justice. We dismiss the appeal.

Because appellant's plea was made pursuant to a plea bargain and the punishment assessed by the trial court does not exceed the punishment recommended by the prosecutor, he may appeal only matters raised by a written pre-trial motion or with the trial court's permission. *See* Tex. R. App. P. 25.2(a)(2). Appellant does not challenge any pre-trial rulings. On March 19, 2024, appellant's appointed counsel filed a "notice that Court lacks jurisdiction because appeal was waived and State agreed to cap on punishment." On the same day, we sent a notice that the appeal would be dismissed for want of jurisdiction unless appellant demonstrated within 21 days that the court has jurisdiction. No response was filed.

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.
Do Not Publish — Tex. R. App. P. 47.2(b).